IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 04-CR-152-C |
| | ) |
| THOMAS BROSNAN, | ) |
| | ) |
| Defendant. | ) |

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under Rule 20)

I, Thomas Brosnan, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to Count 2 of the indictment with the understanding that Count 1 will be dismissed, to consent to the disposition of the case in the District of Massachusetts in which I reside, and to waive trial in the above-captioned District.

Dated this __11__ day of November 2004.

THOMAS BROSNAN
Defendant

GREGORY R. BARRISON
Counsel for Defendant

APPROVED:

J.B. VAN HOLLEN, AUSA
United States Attorney
Western District of Wisconsin

MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

USP
cc: SLC
JCS
USMS

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

2004 OCT -6 PM 3: 59

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT 04 CR 152 C |
| v. | Case No. _____ |
| THOMAS BROSNAN, | 21 U.S.C. § 843(b) |
| Defendant. | 21 U.S.C. § 846 |

THE GRAND JURY CHARGES:

## COUNT 1

1. On or about September 4, 2004, in the Western District of Wisconsin and elsewhere, the defendant,

THOMAS BROSNAN,

knowingly and intentionally used a communication facility, namely the internet, to commit, cause and facilitate, and attempt to commit, cause and facilitate, a violation of Title 21, United States Code, Section 841(a)(1), namely the unlawful distribution of methamphetamine, a Schedule II controlled substance.

2. In connection with this crime, the defendant sent an email communication to "switch2004@operamail.com" to initiate a methamphetamine purchase; unknown to the defendant, the person who had previously controlled "switch2004@operamail.com," Thomaz W. Franzl, had been arrested and Franzl's email address was employed by law enforcement in an undercover capacity.

(In violation of Title 21, United States Code, Sections 843(b) and 846).

CC: DEFT., USA, USM, PROBA.

Date 10-6-04   R. Plender

JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet                                                         U.S. District Court

**Place of Offense:**

City _____    Related Case Information:

County/Parish _____   Superseding _____ Docket Number 04-CR-141-C
                               Same Defendant _____ New Defendant _____
                               Magistrate Judge Case Number  Related to Thomaz Franzl
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**04 CR 152 C**

2004 OCT -6 PM 3:59

## Defendant Information:

Matter to be sealed:   ☐ Yes   ☒ No

Def. Name    Thomas Brosnan

Alias Name   _____

Address      21 Delaware Street, Somerville, MA
             _____

Birthdate  2/10/58    SS # 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    Sex M    Race W    Nationality _____

## U.S. Attorney Information:

AUSA    Timothy M. O'Shea              Bar # _____

Interpreter   ☒ No    ☐ Yes    List language and/or dialect: _____

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: 2        ☐ Petty    ☐ Misdemeanor    ☒ Felony
                                        ☐ Class A
                                        ☐ Class B
                                        ☐ Class C

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 843(b) & 846 | Using Communication Facility to Commit Drug | 1 & 2 |
| Set 2 | | Deals & Attempted Possession of Drugs | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date _____            Signature of AUSA: _____