UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-CR-10056-EFH |
| **THOMAS BROSNAN** | ) ) ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ Susan M. Poswistilo*
SUSAN M. POSWISTILO
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3267

Dated:  March 15, 2004