UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 18 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL NO. 05 -CR-10056-EFH |
| ) | |
| THOMAS BROSNAN ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Kindly enter my Appearance as counsel for the defendant, Thomas Brosnan, in the intant matter.

Respectfully submitted,
the defendant,
by his attorney:

_____
Gregory R. Barison
Weston, Patrick, Willard and Redding
84 State Street / 11th Floor
Boston, MA 02109
(617) 742-9310
BBO # 029340

date: March 17, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 3-17-05

_____
GREGORY R. BARISON