# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA


                    v.
                                                CR. NO.:  05-10056-EFH
THOMAS BROSNAN
_____

## <u>SCHEDULING ORDER</u>

April 12, 2005

HARRINGTON, S.D.J.

The disposition herein is scheduled for **<u>Wednesday, Spetember 7, 2005</u>**,

at 2:00 P.M., in Courtroom No. 13 on the Fifth Floor.

SO ORDERED.


                                        /s/ Edward F. Harrington_____
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge