AO 245B    Judgment in a Criminal Case - D. Massachusetts
           Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.** | **STATEMENT OF REASONS** |
| THOMAS BROSNAN | Case Number: **1: 05 CR 10056**     **EFH** |
| | GREGORY BARISON, ESQ. |
| | Defendant's Attorney |

**[X]**   The court adopts the factual findings and guideline application in the presentence report.

## OR

**[ ]**   The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 2 | | | |
| Criminal History Category: | I | | | |
| Imprisonment Range: | 0 | to 6 | | months |
| Supervised Release Range: | | to 1 | | years |
| Fine Range: | $ 1,000.00 | | to $ 5,000.00 | |

Defendant's Soc. Sec. No.: __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__

Defendant's Date of Birth: __00/00/58__

Defendant's USM No.: __25604-038__

Defendant's Residence Address:

21 Delaware Street, Somerville, MA 02145

09/07/05

Date of Imposition of Judgment

_Edward F. Harrington_

Signature of Judicial Officer

The Honorable Edward F. Harrington

Senior Judge, U.S. District Court

Name and Title of Judicial Officer

9 — 7 — 05

Date

Defendant's Mailing Address:

SAME

AO 245B      Judgment in a Criminal Case - D. Massachusetts
             Statement of Reasons - Sheet 3

DEFENDANT:      THOMAS BROSNAN                       Statement of Reasons - Page __3__ of _____
CASE NUMBER:   **1: 05 CR 10056**        **EFH**

## STATEMENT OF REASONS

[x] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

## OR

[ ] The sentence departs from the guideline range:

    [ ] upon motion of the government, as a result of a defendant's substantial assistance, or

    [ ] for the following specific reason(s):

[ ] See Continuation Page